UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jeffrey Heleen</u>

    v.        Case No. 06-cv-452-PB

<u>Bank of America, et al.</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 11, 2007, no objection having been filed.

  SO ORDERED.


February   2, 2007        /s/ Paul Barbadoro
                 Paul Barbadoro
                 United States District Judge


cc: Jeffrey Heleen, Pro se
   Thomas Pappas, Esq.